U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 16 2019
CLERK, U.S. DISTRICT COURT
By ________ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

KASEY MABRY (01)

No. 4-19CR00019O

INDICTMENT

The Grand Jury Charges:

Count One
Dealing in Firearms without a License
(Violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D))

On or about December 14, 2017, in the Fort Worth Division of the Northern District of Texas, the defendant, **Kasey Mabry**, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18 United States Code, did willfully engage in the business of dealing in firearms.

In violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D).

A TRUE BILL.

FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

DOUGLAS A. ALLEN
Assistant United States Attorney
Texas Bar No. 24011525
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

KASEY MABRY (01)

INDICTMENT

18 U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D)
Dealing in Firearms without a License
1 Count

A true bill rendered

FORT WORTH FOREPERSON

Filed in open court this 16th day of January, 2019.

**Defendant in Federal Custody as of October 17, 2018**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 4:18-MJ-641-BJ